**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DONALD MCGUIGAN,**

      **Petitioner,**

      **v.**

**PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,** *et al.***,**

      **Respondents.**

**CIVIL ACTION NO.  21-1544**

## ORDER

**AND NOW,** this 4th day of May 2026, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.      The Report and Recommendation [Doc. No. 57] is **APPROVED** and **ADOPTED**, as set forth in the accompanying Memorandum Opinion;

2.      The Amended Petition for a Writ of Habeas Corpus [Doc. No. 1] and all amendments thereto [Doc. No. 25] are **DISMISSED as untimely**;

3.      Petitioner's Motion for Good Cause Shown and in the Interests of Justice for Reconsideration of the Court's Prior Order Denying the Petitioner of an Opportunity to Respond to the Commonwealth's Brief [Doc. No. 58] is **DISMISSED as moot**;

4.      Petitioner's request for an evidentiary hearing is **DENIED**;

5.      There is no probable cause to issue a certificate of appealability; and

6.  The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

      **BY THE COURT:**
      **/s/ Cynthia M. Rufe**
      **CYNTHIA M. RUFE, J.**